UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DUSTIN CARROLL,<br><br>          Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>          Defendant. | CASE NO. C10-5208BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 19). The Court, having considered the Report and Recommendation and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The Report and Recommendation is **ADOPTED**;

(2) The parties' stipulated motion for remand is **GRANTED**; and

(3) The matter is **REMANDED** to the Commissioner for further proceedings.

DATED this 29th day of October 2010.

_/s/ Benjamin H. Settle_
BENJAMIN H. SETTLE
United States District Judge

ORDER