# United States District Court
WESTERN DISTRICT OF WASHINGTON

DUSTIN CARROLL

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C10-5208BHS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Report and Recommendation is **ADOPTED**;

The parties' stipulated motion for remand is **GRANTED**; and

The matter is **REMANDED** to the Commissioner for further proceedings.

_November 1, 2010_         _WILLIAM M. McCOOL_
Date                                        Clerk

                                                  _s/CM Gonzalez_
                                                  Deputy Clerk